UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND COX,**<br><br>        Petitioner,<br><br>    v.<br><br>**ALBERTO R. GONZALES,**<br><br>        Respondent. | **Civil Action 06-1948 (HHK)** |

## ORDER

Upon review of petitioner's application for a writ of *habeas corpus*, and for the reasons set forth in the accompanying Memorandum Opinion, it is

**ORDERED**, *sua sponte*, that the application is **DENIED** and this action is dismissed. This is a final appealable order.

_____s/_____
DATE: December 18, 2006                    HENRY H. KENNEDY, Jr.
                                                                United States District Judge